## Commonwealth *v.* Brooks, Appellant.

Argued March 22, 1971. *R. Philip Steinberg,* with him *Drinker, Biddle & Reath,* for appellant; *Milton M. Stein,* Assistant District Attorney, with him *Victor J. DiNubile, Jr.,* Assistant District Attorney, *James D. Crawford,* Deputy District Attorney, *Richard A. Sprague,* First Assistant District Attorney, and *Arlen Specter,* District Attorney, for Commonwealth, appellee.

Judgment of sentence affirmed.


## Commonwealth *v.* Brown, Appellant.

Argued June 21, 1971. *John R. Merrick,* Assistant Public Defender, for appellant; *James E. McErlane,* Assistant District Attorney, and *Norman J. Pine,* District Attorney, submitted a brief, for Commonwealth, appellee.

Judgment of sentence affirmed.